UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| JOHN GILBERT CENTENO, JR., SID #1114347,  Petitioner, vs. BEXAR COUNTY SHERIFF JAVIER SALAZAR,  Respondent. | § § § § § § § § § § § § § CIVIL NO. SA-22-CV-0144-JKP |

## JUDGMENT

On this day, the Court issued an Order dismissing Petitioner John Gilbert Centeno, Jr.'s Writ of Habeas Corpus Under 28 U.S.C. § 2241 for failure to prosecute and failure to comply with the Court's Order. *See* FED. R. CIV. P. 41(b).

Accordingly,

**IT IS HEREBY ORDERED** that the Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241 is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute and failure to comply with the Court's Order. *See* FED. R. CIV. P. 41(b).

SIGNED this 12th day of May, 2022.

JASON PULLIAM
UNITED STATES DISTRICT JUDGE